NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: ATLE HEDLOY,
*Appellant*

---

2015-1893

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/987,939.

---

## JUDGMENT

---

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MEREDITH HOPE SCHOENFELD, SCOTT C. WEIDENFELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* BRYSON and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| June 15, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |